FILED 11 MAY 16 15:49 USDC-ORE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| BONITA STERN, and STEVEN STERN, husband and wife, | 11-CV-6033-TC |
| Plaintiff, | |
| | FINDINGS AND RECOMMENDATION |
| v. | |
| RECONSTRUCT COMAPNY, N.A.; BAC HOME LOANS SERVICING, LP, a limited partnership, aka Bank of America Home Loans; MORTGAGE ELECTRONICS REGISTRATION SYSTEMS, INC., a corporation; GENWORTH FINANCIAL aka Genworth Mortgage Insurance, Defendants. | |

COFFIN, Magistrate Judge:

Plaintiffs were ordered to show cause in writing why defendants' motion to dismiss should not be granted and warned that a failure to make a filing in response to defendants' motion by May 6, 2011 would result in the dismissal of this action for failure to prosecute and failure to follow a court

Page 1 - FINDINGS AND RECOMMENDATION

order.

Plaintiffs have not made a filing. As such, this action should be dismissed for failure to prosecute, failure to follow a court order and for the reasons stated in defendants' motion to dismiss.

DATED this 16 day of May, 2011 .

_____
THOMAS M. COFFIN
United States Magistrate Judge