FILED 21 JUN '11 12:07 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

BONITA STERN, and STEVEN )
STERN, husband and wife, )
                          )
           Plaintiffs,    )
                          )  Civil No. 11-6033-TC
    v.                    )
                          )  ORDER
RECONSTRUCT COMPANY, N.A., BAC )
HOME LOANS SERVICING, LP, a )
limited partnership, aka Bank )
of America Home Loans,    )
MORTGAGE ELECTRONICS      )
REGISTRATION SYSTEMS, INC., a )
corporation, GENWORTH FINANCIAL)
aka Genworth Mortgage Ins., )
                          )
           Defendants.    )
_____)

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on May 16, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my

1   - ORDER

obligation to give the factual findings <u>de novo</u> review. <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1982). <u>See also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. This proceeding is dismissed for failure to prosecute, failure to follow a court order, and for the reasons stated in defendants' motion to dismiss. The clerk of court is directed to enter judgment accordingly.

DATED this 21st day of June, 2011.

_____
Michael R. Hogan
United States District Judge

2    - ORDER